| Victor P. Rauser | **RAUSER & ASSOCIATES** | Christopher W. Stone |
| Melissa L. Resar | LEGAL CLINIC L.L.P. | Milos Gvozdenovic |
| Neil Roberts | | Erin Strapp |
| Brett Billec | 614 West Superior Avenue, Suite 950 | Steven Emery |
| Alexander Sarady | Cleveland, Ohio 44113 | Danielle Weinzimmer |
| Ryan Schrader | Telephone: (216) 263-6200 | Edward Lake |
| David Dentinger | Fax: (216) 263-6202 | Rick Pluma |
| Brian Autero | Internet: http://www.ohiolegalclinic.com | Stacey Bellas |
| Denise M. Bartlett | | Justin Miller |
| Tiffani Rosia | | Ronald Stanley |
| Jon Ginter | | Nicole Noll |
| Thomas G. French | | Megan Molitoris |
| Nathan Nishiki | *We are a Debt Relief Agency. We help people file for bankruptcy* | Kristen Iriate |
| Aaron T. Kimbrell | *relief under the bankruptcy code.* | Wendy Brickell |
| Thomas Bartilson | | Scott Woodling |
| Eric Ashman | | |

Date: September 24, 2019

IN RE: Tiffany R. Cole
Case No. 19-31556
Judge Whipple
Chapter 7

To: American Honda Finance
2170 Point Blvd.
Suite 100
Elgin IL 60123-0000

### NOTICE OF RESCISSION PURSUANT TO 11 U.S.C. SECTION 524(C)(4)

This notice advises you that the reaffirmation agreement entered into between the Debtor(s) and American Honda Finance on July 31, 2019 for the 2016 Honda Accord is hereby rescinded pursuant to 11 U.S.C. Section 524(C)(4) and that the reaffirmation executed between the parties is void.

_____
Tiffany R. Cole

9/24/19
Date

_____
Respectfully Submitted by
Nathan Nishiki, Attorney for Debtor

| 80 S. Summit St. | 316 N. Michigan St. | 5 East Long St. | 115 Dewalt St. NW | 16 Wick Ave. | 36 N. Fourth St. | Midway Plaza Building |
| Suite 210 | Suite 420 | Suite 300 | Suite 400 | Suite 502 | Suite 214 | 347 Midway Mall Blvd, Suite 201 |
| Akron, Oh 44308 | Toledo, Oh 43604 | Columbus, Oh 43215 | Canton, Oh 44702 | Youngstown, Oh 44503 | Zanesville, Oh 43702 | Elyria, Oh 44035 |

19-31556-maw    Doc 18    FILED 09/25/19    ENTERED 09/25/19 09:56:20    Page 1 of 1